United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 23, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-10432
Conference Calendar
_____

JOHANNA BELL,

                                        Plaintiff-Appellant,

versus

FARMERS INSURANCE; MID CENTURY INSURANCE,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:04-CV-2221-N
--------------------

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

        Johanna Bell appeals the district court's dismissal of her
civil suit without prejudice for want of service.  Bell has
failed to brief, and has thus abandoned, the issue whether the
district court erred in determining that her suit should be
dismissed due to her failure to effect service on the defendants.
See Yohey v. Collins, 985 F.2d 222, 225 (5th Cir. 1993);
Brinkmann v. Dallas County Deputy Sheriff Abner, 813 F.2d 744,
748 (5th Cir. 1987); see also FED. R. APP. P. 28(a)(9).
Consequently, Bell's appeal is DISMISSED AS FRIVOLOUS.  See

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Howard v. King, 707 F.2d 215, 220 (5th Cir. 1983); 5TH CIR.

R. 42.2.